# Exhibit 7

SONOS

# Contact Us

## Sales

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Friday
10 am - 7 pm EST

Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

# Support

We're here to help with setup, control, and system performance.

Visit Support Center

# Community

Connect with other Sonos listeners and get your questions answered.

Join the conversation

Case 5:22-cv-04553-PCP     Document 1-7     Filed 08/08/22     Page 7 of 10

Case 5:22-cv-04553-PCP     Document 1-7     Filed 08/08/22     Page 9 of 10

🇺🇸 United States ⌃

© 2022 Sonos, Inc.

Case 5:22-cv-04553-PCP   Document 1-7   Filed 08/08/22   Page 10 of 10