1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    Charles K. Verhoeven (Bar No. 170151)
     charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
     S. Alex Lasher (*pro hac vice* application forthcoming)
6    alexlasher@quinnemanuel.com
     Jeffrey Gerchick (*pro hac vice* application forthcoming)
7    jeffgerchick@quinnemanuel.com
     Nina S. Tallon (*pro hac vice* application forthcoming)
8    ninatallon@quinnemanuel.com
   1300 I Street, NW, Suite 900
9  Washington, D.C. 20005
   Telephone: (202) 538-8000
10 Facsimile: (202) 538-8100

11   David A. Nelson (*pro hac vice* application forthcoming)
     davenelson@quinnemanuel.com
12 191 N. Wacker Dr., Suite 2700
   Chicago, IL 60606
13 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
14
     Patrick D. Curran (*pro hac vice* application forthcoming)
15   patrickcurran@quinnemanuel.com
   Quinn Emanuel Urquhart & Sullivan, LLP
16 111 Huntington Ave, Suite 520
   Boston, MA 02199
17 Telephone: (617) 712-7100
   Facsimile: (617) 712-7200
18
   Attorneys for GOOGLE LLC
19
                  UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA
21

22 | GOOGLE LLC,                        | CASE NO. 22-cv-04553
   |                                    |
23 |          Plaintiff,                | **PLAINTIFF GOOGLE LLC'S**
   |                                    | **CERTIFICATION OF INTERESTED**
24 |    vs.                             | **ENTITIES OR PERSONS**
   |                                    |
25 | SONOS, INC.,                       |
   |                                    |
26 |          Defendant.                |

27

28

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

DATED: August 8, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Patrick D. Curran
Patrick D. Curran
Attorneys for GOOGLE LLC