1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

5
   S. Alex Lasher (*pro hac vice* application forthcoming)
6  alexlasher@quinnemanuel.com
   Jeffrey Gerchick (*pro hac vice* application forthcoming)
7  jeffgerchick@quinnemanuel.com
   Nina S. Tallon (*pro hac vice* application forthcoming)
8  ninatallon@quinnemanuel.com
   1300 I Street, NW, Suite 900
9  Washington, D.C. 20005
   Telephone: (202) 538-8000
10 Facsimile: (202) 538-8100

11 David A. Nelson (*pro hac vice* application forthcoming)
   davenelson@quinnemanuel.com
12 191 N. Wacker Dr., Suite 2700
   Chicago, IL 60606
13 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

14
   Patrick D. Curran (*pro hac vice* application forthcoming)
15 patrickcurran@quinnemanuel.com
   Quinn Emanuel Urquhart & Sullivan, LLP
16 111 Huntington Ave, Suite 520
   Boston, MA 02199
17 Telephone: (617) 712-7100
   Facsimile: (617) 712-7200

18
   Attorneys for GOOGLE LLC
19
                         UNITED STATES DISTRICT COURT
20
                        NORTHERN DISTRICT OF CALIFORNIA
21

22 | GOOGLE LLC,              | CASE NO. 22-cv-04553   |
   |                          |                        |
23 |        Plaintiff,        | **NOTICE OF APPEARANCE** |
   |                          |                        |
24 |    vs.                   |                        |
   |                          |                        |
25 | SONOS, INC.,             |                        |
   |                          |                        |
26 |        Defendant.        |                        |

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff Google LLC in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action be served on him to:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone:  (415) 875-6600
   Facsimile:   (415) 875-6700

DATED:  August 8, 2022　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

　　　　　　　　　　　　　　　　　　　　By   */s/ Charles K. Verhoeven*
　　　　　　　　　　　　　　　　　　　　　　Charles K. Verhoeven
　　　　　　　　　　　　　　　　　　　　　　Attorneys for GOOGLE LLC