QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600/Fax: (415) 875-6700

S. Alex Lasher
(pro hac vice application forthcoming)
alexlasher@quinnemanuel.com
Jeffrey Gerchick
(pro hac vice application forthcoming)
jeffgerchick@quinnemanuel.com
Nina S. Tallon
(pro hac vice application forthcoming)
ninatallon@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000/Fax: (202) 538-8100

David A. Nelson
(pro hac vice application forthcoming)
davenelson@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400/Fax: (312) 705-7401

Patrick D. Curran
(pro hac vice application forthcoming)
patrickcurran@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100/Fax: (617) 712-7200

*Attorneys for GOOGLE LLC*

ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste 2700
Los Angeles, CA 90071
Tel: (213) 629-2020/Fax: (213) 612-2499

SEAN M. SULLIVAN
(*pro hac vice* forthcoming)
sullivan@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Tel:     (312) 754-0002/Fax:  (312) 754-0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　*Defendant.* | Case No. 3:22-cv-04553-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served: August 9, 2022<br><br>Current response date: August 30, 2022<br><br>New response date: September 20, 2022 |

1     WHEREAS, Plaintiff Google LLC ("Google") filed Case No. 3:22-cv-04553 against Sonos, Inc. ("Sonos") on August 8, 2022;

    WHEREAS, Google served the summons and complaint on Sonos on August 9, 2022;

    WHEREAS, Sonos's response to the complaint is due on August 30, 2022, twenty-one days after service of the summons and complaint;

    WHEREAS, Sonos has requested, and Google has agreed to, a twenty-one day extension of Sonos, Inc.'s time to response to the complaint;

    WHEREAS, this is Sonos's first request to extend the time to respond to the complaint;

    WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order."

    NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Sonos's response to the complaint shall be due on September 20, 2022.

    IT IS SO STIPULATED.

Dated: August 30, 2022

| | |
|---|---|
| /s/ Patrick D. Curran | /s/ Alyssa Caridis |
| Patrick D. Curran | Alyssa Caridis |
| | |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | *Counsel for Sonos Inc.* |
| *Counsel for Google LLC* | |

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-1(h)(3), attest that all other Signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: August 30, 2022

*/s/ Alyssa Caridis*
Alyssa Caridis