1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE LLC,

               *Plaintiff*,

    *v.*

SONOS, INC.,

               *Defendant*.

Case No. 3:22-cv-04553-SK

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR A STAY PENDING ITC PROCEEDING**

      AND NOW, this _____ day of _____, 2022, upon consideration of Defendant's Unopposed Motion for a Stay Pending ITC Proceeding, it is hereby ordered that:

    1.  The Motion is GRANTED;

    2.  The case is STAYED until further order;

    3.  The parties shall jointly advise the Court of the final decision in the 1330 Investigation no more than fourteen (14) days after the determination of the 1330 Investigation becomes final; and

    4.  Defendant shall have thirty (30) days from the dissolution of said stay to move against, answer, or otherwise response to the complaint filed in this action.

_____
Honorable Sallie Kim
United States Magistrate Judge