UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No.22-cv-04553-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. Nos. 13, 18 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for December 20, 2022 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due December 13, 2022 by 5:00 P.M. The Motion to Stay, ECF. 13, is set for hearing on December 15, 2022 at 2:00 P.M.

Dated: September 16, 2022

                                          Mark B. Busby
                                          Acting Clerk of Court, United States District Court

                                          By:_____
                                          Mauriona Lee, Deputy Clerk to the
                                          Honorable JON S. TIGAR
                                          510-637-3530