CHARLES K. VERHOEVEN
(BAR NO. 170151)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

PATRICK D. CURRAN
(BAR NO. 241630)
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

*Attorneys for Google LLC*

ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

SEAN M. SULLIVAN
(*pro hac vice* forthcoming)
sullivan@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     (312) 754-0002
Facsimile:     (312) 754-0003

*Attorneys for Sonos, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>       *Plaintiff*,<br><br>    *v.*<br><br>SONOS, INC.,<br><br>       *Defendant*. | Case No. 4:22-cv-04553-JST<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served: August 9, 2022<br><br>Current response date: September 20, 2022<br><br>New response date: October 11, 2022 |

1    WHEREAS, Plaintiff Google LLC ("Google") filed Case No. 4:22-cv-04553 against Sonos,

2    Inc. ("Sonos") on August 8, 2022;

3    WHEREAS, Google served the summons and complaint on Sonos on August 9, 2022;

4    WHEREAS, Sonos's response to the complaint was due on August 30, 2022, twenty-one

5    days after service of the summons and complaint;

6    WHEREAS, Sonos requested, and Google agreed to, a twenty-one day extension of

7    Sonos's time to respond to the complaint;

8    WHEREAS, Sonos filed a Stipulation to Extend Time to Respond to Complaint on

9    August 30, 2022, which extended the due date of Sonos's response to the complaint to September

10   20, 2022 (Dkt. No. 12);

11   WHEREAS, Sonos filed an Unopposed Motion pursuant to 28 U.S.C. § 1659(a), to stay

12   Google's claims for patent infringement against Sonos pending resolution of the International

13   Trade Commission Proceeding (Investigation No. 337-TA-1330) (Dkt. No. 13);

14   WHEREAS, Sonos requested, and Google agreed to, a second twenty-one day extension

15   of Sonos's time to respond to the complaint;

16   WHEREAS, there is good cause for this second extension as Sonos has diligently pursued

17   a stay by submitting its Unopposed Motion (Dkt. No. 13) within the time period required by 28

18   U.S.C. § 1659(a);

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 1 -

STIP. TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 4:22-CV-04553-JST

1   WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court

2   order, to extend the time within which to answer or otherwise respond to the complaint, or to

3   enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided

4   the change will not alter the date of any event or any deadline already fixed by Court order."

5   NOW, THEREFORE, by and through their respective counsel of record, the parties

6   hereby stipulate and agree that Sonos's response to the complaint shall be due on October 11,

7   2022.

8   IT IS SO STIPULATED.

9   Dated: September 19, 2022

10

11   /s/ Patrick D. Curran                          /s/ Alyssa Caridis
    Attorneys for GOOGLE LLC                       Attorneys for SONOS INC.
12
13   QUINN EMANUEL URQUHART &                       ORRICK, HERRINGTON &
    SULLIVAN, LLP                                  SUTCLIFFE LLP
14
15   Counsel for Google LLC                         Counsel for Sonos Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

I, Alyssa Caridis, pursuant to Civil Local Rule 5-1(h)(3), attest that all other Signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: September 19, 2022

*/s/ Alyssa Caridis*
Alyssa Caridis