CHARLES K. VERHOEVEN
(BAR NO. 170151)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

PATRICK D. CURRAN
(BAR NO. 241630)
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

*Attorneys for Google LLC*

ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

SEAN M. SULLIVAN
(*pro hac vice* forthcoming)
sullivan@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: (312) 754-0002
Facsimile: (312) 754-0003

*Attorneys for Sonos, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, <br><br>         *Plaintiff*, <br><br>     *v.* <br><br> SONOS, INC., <br><br>         *Defendant*. | Case No. 4:22-cv-04553-JST <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** <br><br> Complaint served: August 9, 2022 <br><br> Current response date: October 11, 2022 <br><br> New response date: 30 Days After Lift of Stay |

1   WHEREAS, Plaintiff Google LLC ("Google") filed Case No. 4:22-cv-04553 against Sonos,

2   Inc. ("Sonos") on August 8, 2022;

3   WHEREAS, the parties stipulated to prior extensions on the deadline for Sonos to answer,

4   move against, or otherwise respond to the complaint, setting such deadline to October 11, 2022.

5   Dkts. 12, 20.

6   WHEREAS, pursuant to 28 U.S.C. § 1659(a), Sonos filed an unopposed motion to stay

7   Google's claims for patent infringement against Sonos pending resolution of the International

8   Trade Commission Proceeding (Investigation No. 337-TA-1330) (Dkt. 13), in which Sonos

9   requested that it be granted "thirty (30) days from the lifting of the stay to move against, answer,

10   or otherwise respond to the complaint" (Dkt. 13, 3);

11   WHEREAS, such unopposed motion remains pending;

12   WHEREAS, Sonos requested, and Google agreed to, an additional extension of Sonos's

13   time to respond to the complaint until 30 days after the Court lifts the stay sought by the

14   unopposed motion (Dkt. 13);

15   WHEREAS, there is good cause for this additional extension as it would preserve Court

16   and party resources from litigation of the case during the period in which the case is subject to the

17   mandatory stay provided in 28 U.S.C. § 1659(a);

18   WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court

19   order, to extend the time within which to answer or otherwise respond to the complaint, or to

20   enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided

21   the change will not alter the date of any event or any deadline already fixed by Court order."

22   NOW, THEREFORE, by and through their respective counsel of record, the parties

23   hereby stipulate and agree that Sonos's response to the complaint shall be due 30 days after the

24   Court lifts the stay sought by Sonos's unopposed motion (Dkt. 13).

25   IT IS SO STIPULATED.

26

27

28

STIP. TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 4:22-CV-04553-JST

1  Dated: October 11, 2022

2

3  _/s/ Patrick D. Curran_                      _/s/ Alyssa Caridis_

4  Attorneys for GOOGLE LLC            Attorneys for SONOS INC.

5  QUINN EMANUEL URQUHART &     ORRICK, HERRINGTON &
   SULLIVAN, LLP                            SUTCLIFFE LLP

6
   _Counsel for Google LLC_                  _Counsel for Sonos Inc._
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Alyssa Caridis, pursuant to Civil Local Rule 5-1(h)(3), attest that all other Signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: October 11, 2022

*/s/ Alyssa Caridis*
Alyssa Caridis

STIP. TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 4:22-CV-04553-JST