UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 22-cv-04553-JST<br><br>**ORDER GRANTING MOTION FOR STAY**<br><br>Re: ECF No. 13 |

Defendant Sonos has moved to stay this case pending proceedings before the International Trade Commission (ITC). ECF No. 13. Plaintiff Google does not oppose the stay. *Id.*

"In a civil action involving parties that are also parties to a proceeding before the [ITC], at the request of a party to the civil action that is also a respondent in the proceeding before the [ITC], the district court shall stay, until the determination of the [ITC] becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the [ITC] . . . if such request is made within 30 days after the party is named as a respondent." 28 U.S.C. § 1659(a). After filing this suit against Sonos, Google filed a complaint with the ITC based on alleged infringement of multiple patents, naming Sonos as a respondent. ECF No. 13 at 7-9. This case involves alleged infringement of the same patents as the ITC investigation, and Sonos has timely moved for stay. Therefore, the Court must grant Sonos's motion for stay pending ITC proceedings.

This case is stayed until further order. The parties shall jointly advise the Court of the final decision of the ITC investigation no more than 14 days after the determination of the investigation becomes final.

/ / /

When the stay is lifted, Sonos shall have 30 days to move against, answer, or otherwise respond to Google's complaint.

**IT IS SO ORDERED.**

Dated:  October 18, 2022



JON S. TIGAR
United States District Judge