PATRICK D. CURRAN (BAR NO. 241630)
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: 617-712-7200

*Attorneys for Google LLC*

ALYSSA CARIDIS (BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SONOS, INC.,<br><br>    *Defendant*. | Case No. 5:22-cv-04553-PCP<br><br>**JOINT NOTICE REGARDING FINAL DETERMINATION IN ITC INVESTIGATION** |

1  Pursuant to the Order Granting Motion for Stay (ECF No. 22) Plaintiff Google LLC
2  ("Google") and Sonos, Inc. ("Sonos") file this joint notice regarding the Final Determination in
3  ITC Investigation No. 337-TA-1330. The ITC's determination, which became final on February
4  12, 2024, found no violation of Section 337 by Sonos. The parties propose having a teleconference
5  with the Court to discuss whether the stay pending proceedings before the ITC should be continued
6  pending *Inter Partes* Review proceedings.

Dated: February 27, 2024

| /s/ Patrick D. Curran | /s/ Alyssa Caridis |
|---|---|
| Attorneys for GOOGLE LLC | Attorneys for SONOS INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Google LLC* | *Counsel for Sonos Inc.* |

## FILER'S ATTESTATION

I, Patrick D. Curran, pursuant to Civil Local Rule 5-1(h)(3), attest that all other Signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: February 27, 2024

*/s/ Patrick D. Curran*
Patrick D. Curran

- 2 -

JOINT NOTICE REGARDING
FINAL ITC DETERMINATION